RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Drew T. Mathews

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DREW T. MATHEWS,<br><br>　　　　　Defendant. | Case No. 2:23-mj-00256-EJY<br><br>**STIPULATION TO CONTINUE STATUS CHECK**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Randolph J. St. Clair, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Drew T. Mathews, that the Status Check currently scheduled on May 15, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　The defendant requires thirty more days to complete the court-ordered conditions in this matter.

　　　　2.　　The government does not oppose the continuance.

　　　　This is the first request for a continuance of the status check.

DATED this 13th day of May, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Joy Chen<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ Randolph J. St. Clair<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DREW T. MATHEWS,<br><br>        Defendant. | Case No. 2:23-mj-00256-EJY<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the status check currently scheduled for Wednesday, May 15, 2024, be vacated and continued to July 10, 2024 at 9:30 a.m. in Courtroom 3D.

    DATED this 13th day of May, 2024.

                                                      _____
                                                      UNITED STATES MAGISTRATE JUDGE