**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DREW T. MATHEWS,<br><br>  Defendant. | Case No. 2:23-mj-00256-EJY<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Stipulation to Continue Status Check (ECF No. 19) is GRANTED.

IT IS FURTHER ORDERED that the status check currently scheduled for August 21, 2024 at 9:30 a.m., is vacated and continued to October 2, 2024 at 9:30 a.m. in Courtroom 3D.

DATED this 20th day of August, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3